IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNIVERSITY CITY STUDIOS LLC, | |
| Plaintiff, | Case No. 25-cv-04840 |
| v. | **Judge Mary M. Rowland** |
| CARDIGAN TANG, et al., | **Magistrate Judge Jeannice W. Appenteng** |
| Defendants. | |

## STATUS REPORT PER MINUTE ORDER [43]

Pursuant to Minute Order [43], Plaintiff Universal City Studios LLC ("Plaintiff") submits the following status report.

Defendants were served on May 14, 2025. [30]. None of the Defendants timely filed an Answer or otherwise responded to the Complaint. Accordingly, Plaintiff filed its Motion for Entry of Default and Default Judgment. [39]. No responses to Plaintiff's Motion [39] were filed by the Court's June 30, 2025 deadline. *See* [43]

Defendants DIYTREE Funny Gift (Def. No. 12) and DIYTREE MUGS (Def. No. 13) (together, the "Urbanczyk Defendants") filed their second Motion for Extension of Time [49] on June 30, 2025. The Court granted the Urbanczyk Defendants' Motion [49], extending their deadline to file an Answer or otherwise plead to July 14, 2025. *See* [50]. Plaintiff is in settlement discussions with the Urbanczyk Defendants. Plaintiff will dismiss the Urbanczyk Defendants if a settlement is reached before July 14, 2025. If a settlement is not reached and the Urbanczyk Defendants do not file an Answer or otherwise plead by July 14, 2025, the Court can rule on Plaintiff's Motion [39], which will terminate the case.

|  |  |
|---|---|
| Dated this 7th day of July 2025. | Respectfully submitted, |
|  | /s/ Berel Y. Lakovitsky |
|  | Amy C. Ziegler |
|  | Justin R. Gaudio |
|  | Berel Y. Lakovitsky |
|  | Luana Faria de Souza |
|  | Greer, Burns & Crain, Ltd. |
|  | 200 West Madison Street, Suite 2100 |
|  | Chicago, Illinois 60606 |
|  | 312.360.0080 |
|  | 312.360.9315 (facsimile) |
|  | aziegler@gbc.law |
|  | jgaudio@gbc.law |
|  | blakovitsky@gbc.law |
|  | lfaria@gbc.law |
|  | |
|  | *Counsel for Plaintiff Universal City Studios LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of July 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Berel Y. Lakovitsky
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Luana Faria de Souza
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
blakovitsky@gbc.law
lfaria@gbc.law

*Counsel for Plaintiff Universal City Studios LLC*